UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>PAULO L. RICARDO AND<br>ANABELA M. RICARDO,<br>Debtors. | **CASE NO. 21-11437-JEB**<br>**CHAPTER 7** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

You are hereby given notice that Christina M. Turgeon appears for Victor Swist to represent his interests in this matter. You are required to serve a copy of each notice or any proceeding, hearing, and/or report in this matter, including, but not limited to notices required by Bankruptcy Rule 202 (g) and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Dated: October 27, 2021

/s/ Christina M. Turgeon
CHRISTINA M. TURGEON, ESQ.
(BBO #659709)
Post Office Box 682
East Longmeadow, MA 01028
Tel. 413-726-0858
Fax 413-726-0873
Email CT@TurgeonLegal.com